**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COSMO TECHNOLOGIES LIMITED,<br><br>    Plaintiff,<br><br>   v.<br><br>ACTAVIS LABORATORIES FL., INC.,<br>TEVA PHARMACEUTICALS USA, INC. and<br>TEVA PHARMACEUTICAL INDUSTRIES<br>LIMITED,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 1:18-cv-01006-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER**

| | |
|---|---|
| Jack B. Blumenfeld (#1014)<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>*Attorney for Plaintiff* | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>Phillips, Goldman, McLaughlin & Hall, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>302-655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com<br>*Attorneys for Defendants* |

March 11, 2019

Plaintiff Cosmo Technologies Limited ("Plaintiff") and Defendants Actavis Laboratories FL., Inc., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (collectively "Actavis" or "Defendants"), by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on August 21, 2018, the parties entered a stipulation (D.I. 12, "the Villa I Stipulation") to stay all proceedings in the above-captioned action (the "Litigation") until a decision on the merits was reached in *Cosmo Technologies Limited, et al., v. Actavis Laboratories Fl, Inc.*, Case No. 18-1335, Federal Circuit ("Villa I Appeal"), and until all mechanisms for reconsideration were exhausted or otherwise unavailable (a "Final Decision");

WHEREAS, the parties further agreed in the Villa I Stipulation that in the event that a Final Decision in the Villa I Appeal affirmed the District Court's final decision and judgment in *Cosmo Techs. Ltd. v. Actavis Labs. FL, Inc.*, C.A. No. 15-164 (LPS) (D. Del.) ("Uceris I") that Defendant Actavis' generic budesonide product did not infringe U.S. Patent No. 8,784,888, this Litigation would be dismissed with prejudice with each party bearing its own fees and costs;

WHEREAS, on January 14, 2019, the Federal Circuit issued an order under Federal Circuit Rule 36 in *Cosmo Technologies Limited et al. v. Actavis Laboratories FL, Inc.*, No. 2018-1335 (Fed. Cir. January 14, 2019), affirming the District Court's final decision and judgment in Uceris I;

NOW, THEREFORE, the parties hereby stipulate and agree that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Complaint and all claims and counterclaims in this Litigation are dismissed with prejudice, with each party to bear its own fees and costs.

2

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorney for Plaintiff* | /s/John C. Phillips, Jr.<br>John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of March 2019.

_____
The Honorable Leonard P. Stark
Chief Judge, U.S. District Court for the District of Delaware